UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-14-01 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| DAVID THOMAS GUMUSKI, | |
| Defendants._____/ | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for arraignment on October 5, 2020. The Government has moved for detention and Defendant reserved his right to a hearing at this time. Counsel will contact the Court for a hearing date when he is ready to proceed.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  October 5, 2020            /s/ *Maarten Vermaat*
                                               MAARTEN VERMAAT
                                               U.S. MAGISTRATE JUDGE