UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                Case No. 2:20-cr-14-01

    Plaintiff,                                Hon. Paul L. Maloney
                                              U.S. District Judge
v.

DAVID THOMAS GUMUSKI,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in this case on February 12, 2021, after receiving the written consent of defendant and all counsel. At the hearing, Defendant David Thomas Gumuski entered pleas of guilty to Counts 1 and 6 of the Indictment in exchange for the promises made by the Government in the written plea agreement. Count 1 charges Gumuski with conspiracy to distribute and possess with intent to distribute fifty grams or more of methamphetamine or five hundred grams or more of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii).  Count 6 charges Gumuski with possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 USC § 924(c)(1)(A)(i).

On the basis of the record made at the hearing, I find:

1.     that Defendant is fully capable and competent to enter informed pleas;

2. that the pleas are made knowingly and with full understanding of each of the rights waived by Defendant;

3. that Defendant's guilty pleas are made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement;

4. that the Defendant understands the nature of the charges and penalties provided by law; and

5. that the pleas have a sufficient basis in fact.

I therefore recommend that Defendant's pleas of guilty be accepted, that the court adjudicate Defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.

Acceptance of the pleas, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Dated:  February 12, 2021            /s/ *Maarten Vermaat*
                                     MAARTEN VERMAAT
                                     U. S. MAGISTRATE JUDGE

**NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. Mich. LCrR 11.1.